IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02775-LTB

MARIO A. MORENO,

    Applicant,

v.

TK. COZZA-RHODES, Warden,

    Respondent.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 29, 2012, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 29 day of November, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ M.J. Garcia
           Deputy Clerk